## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M.P. MOON, individually and as representative of a class of participants and beneficiaries in and on behalf of the DuPont Pension and Retirement Plan,<br><br>    Plaintiff,<br><br>  v.<br><br>Corteva, Inc. and DuPont de Nemours, Inc.,<br><br>    Defendants. | C.A. No.: 19-1856-MN |

## DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Corteva, Inc. and DuPont de Nemours, Inc. hereby move to dismiss Plaintiff M.P. Moon's First Amended Class Action Complaint [D.I. 19] for failure to state a claim upon which relief may be granted. The grounds for this Motion are set forth in Defendants' Opening Brief in Support of their Motion to Dismiss Plaintiff's Amended Complaint, filed contemporaneously herewith.

Dated:  November 17, 2020    */s/ Beth Moskow-Schnoll*
                Beth Moskow-Schnoll (No. 2900)
                Brittany M. Giusini (No. 6034)
                BALLARD SPAHR LLP
                919 North Market Street, 11th Floor
                Wilmington, DE 19801
                Telephone: (302) 252-4465
                Email: moskowb@ballardspahr.com
                    giusinib@ballardspahr.com


                OF COUNSEL:

                David S. Fryman
                Katherine J. Atkinson
                BALLARD SPAHR LLP
                1735 Market Street, 51st Floor
                Philadelphia, PA 19103

Telephone: (215) 665-8500
Email: frymand@ballardspahr.com
       atkinsonk@ballardspahr.com

*Attorneys for Defendants Corteva, Inc. and DuPont de Nemours, Inc.*