**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| M.P. MOON, individually and as representative of a class of participants and beneficiaries in and on behalf of the DuPont Pension and Retirement Plan,<br><br>   Plaintiff,<br><br> v.<br><br>E.I. du Pont de Nemours and Company,<br><br>   Defendant. | C.A. No.: 19-1856-SB |

**DEFENDANT'S RENEWED MOTION TO DISMISS**
**THE SECOND AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant E.I. du Pont de Nemours and Company ("DuPont") respectfully moves this Court to dismiss Plaintiff M.P. Moon's Second Amended Class Action Complaint, D.I. 30, for failure to state a claim upon which relief may be granted.

On October 2, 2019, Plaintiff M.P. Moon ("Plaintiff") filed a putative class action complaint against Corteva, Inc., DuPont de Nemours, Inc., U.S. DuPont Pension and Retirement Plan, the Administrative Committee, E.I. du Pont de Nemours and Company, and the DuPont Benefits Plans Administrative Committee. Defendants moved to dismiss, D.I. 7, 8 & 17, and the Court granted Defendants' motion without prejudice. D.I. 18.

On October 20, 2020, Plaintiff filed his Amended Complaint, D.I. 19, against Corteva, Inc. and DuPont de Nemours, Inc. Defendants, once again, moved to dismiss. D.I. 21, 22 & 26. On May 7, 2021, the Court granted Defendants' motion and dismissed the Amended Complaint without prejudice. The Court directed Plaintiff to file a second amended complaint to add new defendants

1

or add facts plausibly suggesting that the companies (and not just their Administrative Committee) are fiduciaries.  D.I. 28 & 29.

On May 14, 2021, Plaintiff filed his Second Amended Complaint naming DuPont as the sole Defendant and adding allegations regarding its alleged fiduciary status.  D.I. 30.  DuPont does not seek dismissal of the Second Amended Complaint on the grounds that DuPont is not a plan fiduciary.  Therefore, pursuant to the Court's May 7 Order, DuPont hereby moves to dismiss the Second Amended Complaint for failure to state a claim upon which relief may be granted.  The grounds for this Motion are set forth in the opening and reply briefs in support of the prior Defendants' motion to dismiss the Amended Complaint and are incorporated herein by reference. D.I. 22 & 26.

Dated: May 20, 2021

OF COUNSEL:

David S. Fryman
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 665-8500
Email: frymand@ballardspahr.com

BALLARD SPAHR LLP

/s/ *Beth Moskow-Schnoll*
Beth Moskow-Schnoll (No. 2900)
Brittany M. Giusini (No. 6034)
Juliana R. van Hoeven (No. 6498)
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Email: moskowb@ballardspahr.com
         giusinib@ballardspahr.com
         vanhoevenj@ballardspahr.com

*Attorneys for Defendant E.I. du Pont de Nemours and Company*

.