## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M.P. MOON, individually and as representative of a class of participants and beneficiaries in and on behalf of the DuPont Pension and Retirement Plan,<br><br>   Plaintiff,<br><br> v.<br><br>E.I. du Pont de Nemours and Company,<br><br>   Defendant. | C.A. No.: 19-1856-SB |

## ORDER

AND NOW, this ___ day of _____, 2021, upon consideration of Defendant's Renewed Motion to Dismiss (the "Motion") and Plaintiff's response thereto, if any, it is **ORDERED** that said Motion is **GRANTED** and the Second Amended Class Action Complaint is hereby **DISMISSED WITH PREJUDICE**.

BY THE COURT:

_____
HON. STEPHANOS BIBAS
UNITED STATES CIRCUIT JUDGE