# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M.P. MOON, individually and as representative of a class of participants and beneficiaries in and on behalf of the DuPont Pension and Retirement Plan,<br><br>Plaintiff,<br><br>vs.<br><br>E.I. du Pont de Nemours and Company,<br><br>Defendant. | C.A. No. 1:19-cv-01856-SB<br><br>Class Action |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

OF COUNSEL:

**MCKAY LAW, LLC**
Michael C. McKay (Pro Hac Vice)
5635 N. Scottsdale Road, Suite 170
Scottsdale, Arizona 85258
Telephone: (480) 681-7000
Facsimile: (480) 348-3999
Email: mmckay@mckaylaw.us

**DELEEUW LAW LLC**
P. Bradford deLeeuw (Del. Bar No. 3569)
1301 Walnut Green Road
Wilmington, Deleware 19807
Telephone: (302) 274-2180
Facsimile: (302) 351-6905
Email: brad@deleeuwlaw.com

Plaintiff M.P. Moon, plaintiff in the above captioned action (the "Action"), by and through his attorneys, respectfully moves this Court for an order:

(a) certifying the Action as a Class Action pursuant to Fed. R. Civ. P. 23 on behalf of the following Classes:

1. All participants and beneficiaries of the Plan from 1999 to the present, excluding DuPont and any participant who is a fiduciary to the Plan, who was eligible for unreduced retirement benefits from the Plan prior to attainment of normal retirement age of 65 and whose unreduced retirement benefits commenced on a date that was later than his or her earliest eligibility for unreduced pension benefits (the "Monetary Class").

2. All participants and beneficiaries of the Plan from 1999 to the present, excluding DuPont and any participant who is a fiduciary to the Plan, who DuPont provides notices concerning benefits available to participants in the Plan. (the "Structural Changes Class").

(b) appointing Plaintiff's counsel as Class Counsel; and

(c) appointing Plaintiff as Class Representative.

The grounds for this Motion are set forth more fully in the accompanying Opening Brief and Declaration of Michael C. McKay and Exhibits thereto, as well as the papers and pleadings filed in this action, the arguments of counsel, and any other matters properly before the Court.

DATED this 12th day of November, 2021.

By: */s/ P. Bradford deLeeuw*
deLeeuw Law, LLC
P. Bradford deLeeuw (#3569)
1301 Walnut Green Road
Wilmington, Delaware 19807
Telephone: (302) 274-2180
Facsimile: (302) 351-6905
Email: brad@deleeuwlaw.com

McKay Law, LLC
Michael C. McKay (Pro Hac Vice)
5635 N. Scottsdale Road, Suite 170
Scottsdale, Arizona 85258
Telephone: (480) 681-7000
Facsimile: (480) 348-3999
Email: mmckay@mckaylaw.us

*Attorneys for Plaintiff and the proposed Classes*