IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M.P. MOON, individually and as representative of a class of participants and beneficiaries in and on behalf of the DuPont Pension and Retirement Plan,<br><br>Plaintiff,<br><br>vs.<br><br>E.I. du Pont de Nemours and Company,<br><br>Defendant. | C.A. No. 1:19-cv-01856-SB<br><br>Class Action |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff M.P. Moon's Motion for Class Certification and the materials in support thereof, **IT IS HEREBY ORDERED** that the motion is **GRANTED** as follows:

1.  This action is hereby certified as a class action pursuant to Rules 23(a), 23(b)(1) and 23(b)(2) against Defendant E.I. du Pont de Nemours and Company ("DuPont") on behalf of the following classes ("the Class" or "Classes"):

> **Monetary Class**
> All participants and beneficiaries of the Plan from 1999 to the present, excluding DuPont and any participant who is a fiduciary to the Plan who was eligible for unreduced retirement benefits from the Plan, prior to attainment of normal retirement age of 65 and whose unreduced retirement benefits commenced on a date that was later than his or her earliest eligibility for unreduced pension benefits (the "Monetary Class").

1

**Structural Changes Class**
All participants and beneficiaries of the Plan from 1999 to the present, excluding DuPont and any participant who is a fiduciary to the Plan, who DuPont provides notices concerning benefits available to participants in the Plan. (the "Structural Changes Class").

2. Plaintiff M.P. Moon is hereby appointed as Class Representative; and

3. Pursuant to Rule 23(g), deLeeuw Law LLC and McKay Law, LLC are appointed Class Counsel.

**ORDERED** this _____ day of _____

_____
HONORABLE STEPHANOS BIBAS
United States Circuit Judge