IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M.P. MOON, individually and as representative of a class of participants and beneficiaries in and on behalf of the DuPont Pension and Retirement Plan, | C.A. No. 1:19-cv-01856-SB |
| Plaintiff, | |
| vs. | Class Action |
| E.I. du Pont de Nemours and Company, | |
| Defendant. | |

**RULE 7.1.1 STATEMENT**

Pursuant to D. Del., LR 7.1.1, I hereby certify that Plaintiff's counsel conferred with Defendant's counsel and made reasonable efforts to reach agreement on the matters set forth in Plaintiff's Motion for Class Certification.

Date: November 12, 2021        /s/ P. Bradford deLeeuw
                               P. Bradford deLeeuw (#3569)