**Ballard Spahr LLP**

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Juliana van Hoeven
Tel: 215.864.8777
Fax: 215.864.8999
vanhoevenj@ballardspahr.com

April 14, 2022

*By Electronic Filing*

The Honorable Stephanos Bibas
United States Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106

Re: M.P. Moon v. E. I. du Pont de Nemours and Co., Case No. 1:19-cv-1856-SB (D. Del)

Dear Judge Bibas:

    I write on behalf of Defendant E. I. du Pont de Nemours and Company ("DuPont") in the above-referenced matter. DuPont appreciates the opportunity to address the applicability of *CIGNA Corp. v. Amara*, 563 U.S. 421 (2011) and *Cunningham v. Wawa*, Inc., 387 F.Supp.3d 529 (2019) to the pending motion for class certification and the parties' respective positions, as discussed during oral argument held earlier today.

    DuPont anticipates filing a responsive letter to the docket no later than Friday, April 22, 2022.

Respectfully,

*/s/ Juliana van Hoeven*

Juliana van Hoeven

JVH/aln

cc:    Counsel of Record

DMFIRM #402865738 v1