**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| M.P. MOON, individually and as representative of a class of participants and beneficiaries in and on behalf of the DuPont Pension and Retirement Plan,<br><br>   Plaintiff,<br><br>  v.<br><br>E.I. du Pont de Nemours and Company,<br><br>   Defendant. | C.A. No. 1:19-1856-SB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 22, 2022, the undersigned counsel caused true and correct copies of the *Defendant's Amended Response to Interrogatory No. 4 in Plaintiff's First Set of Interrogatories* to be served on the following via electronic mail:

   P. Bradford deLeeuw
   DELEEUW LAW LLC
   1301 Walnut Green Road
   Wilmington, DE 19807
   Email: brad@deleeuwlaw.com

    *and*

   Michael C. McKay
   MCKAY LAW, LLC
   5635 N. Scottsdale Road, Suite 170
   Scottsdale, Arizona 85258
   Email: mmckay@mckaylaw.us

   *Counsel for Plaintiff*

Dated: April 22, 2022

OF COUNSEL:

David S. Fryman
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 665-8500
Email: frymand@ballardspahr.com

BALLARD SPAHR LLP

*/s/ Juliana R. van Hoeven*
Beth Moskow-Schnoll (No. 2900)
Brittany M. Giusini (No. 6034)
Juliana R. van Hoeven (No. 6498)
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Email: moskowb@ballardspahr.com
 giusinib@ballardspahr.com
 vanhoevenj@ballardspahr.com

*Attorneys for Defendant E.I. du Pont de Nemours and Company*