# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M.P. MOON, individually and as representative of a class of participants and beneficiaries in and on behalf of the DuPont Pension and Retirement Plan,<br><br>    Plaintiff,<br><br>    v.<br><br>E.I. du Pont de Nemours and Company,<br><br>    Defendant. | C.A. No. 1:19-cv-01856-SB |

**PARTIES' STIPULATION AND [PROPOSED] ORDER
AMENDING THE SCHEDULING ORDER**

Plaintiff M.P. Moon ("Moon") and Defendant E.I. du Pont de Nemours and Company ("DuPont"), by and through their undersigned counsel and subject to the approval of the Court, hereby stipulate and agree as follows:

1. The deadline for the completion of fact discovery is hereby extended from June 17, 2022 to **July 22, 2022**.

2. For the party with the initial burden of proof on the subject matter, the deadline for the initial Federal Rule 26(a)(2) disclosure of expert testimony is extended from March 11, 2022 to **July 22, 2022**.

3. The deadline for the supplemental expert disclosure to contradict or rebut evidence on the same matter identified by another party is extended from April 11, 2022 to **August 22, 2022**.

4. The deadline for reply expert reports from the party with the initial burden of proof is extended from May 2, 2022 to **September 6, 2022**.

5. The deadline for dispositive motions is extended from June 17, 2022 to **September 30, 2022**.

      6.      The pretrial conference, currently scheduled for October 3, 2022, is rescheduled to _____, **2022 at** _____.

      7.      The parties' deadline for filing the joint proposed final pretrial order is extended from September 19, 2022 to _____, **2022**.

The parties continue to diligently and cooperatively pursue discovery and agree that additional time is necessary in this complex case. Plaintiff's motion for class certification is pending, and a trial date has yet to be scheduled.

Dated: May 17, 2022

| DELEEUW LAW LLC<br><br>*/s/ P. Bradford deLeeuw*<br>P. Bradford deLeeuw (Del. Bar No. 3569)<br>1301 Walnut Green Road<br>Wilmington, Delaware 19807<br>Telephone: (302) 274-2180<br>Facsimile: (302) 351-6905<br>Email: brad@deleeuwlaw.com<br><br><br>MCKAY LAW, LLC<br>Michael C. McKay (Pro Hac Vice)<br>5635 N. Scottsdale Road, Suite 170<br>Scottsdale, Arizona 85258<br>Telephone: (480) 681-7000<br>Facsimile: (480) 348-3999<br>Email: mmckay@mckaylaw.us<br>*Attorneys for Moon and the Proposed Class* | BALLARD SPAHR LLP<br><br>*/s/ Juliana R. van Hoeven*<br>Beth Moskow-Schnoll (No. 2900)<br>Brittany M. Giusini (No. 6034)<br>Juliana R. van Hoeven (No. 6498)<br>919 N. Market St., 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>Email: moskowb@ballardspahr.com<br>giusinib@ballardspahr.com<br>vanhoevenj@ballardspahr.com<br><br>David S. Fryman<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>Telephone: (215) 665-8500<br>Email: frymand@ballardspahr.com<br>*Attorneys for E.I. du Pont de Nemours and Company* |

**SO ORDERED** this \_\_\_\_ day of _____, 2022.

                                                                                  The Honorable Stephanos Bibas
                                                                                   United States Circuit Court Judge