# Ballard Spahr
### LLP

– – – – – – – – – – – – – – – – – – – –
919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
TEL 302.252.4465
FAX 302.252.4466
www.ballardspahr.com

Beth Moskow-Schnoll
Tel: 302.252.4447
Fax: 302.252.4466
moskowb@ballardspahr.com

David S. Fryman
Tel: 215.864.8105
Fax: 215.864.8999
frymand@ballardspahr.com

May 24, 2022

*By Electronic Filing*

The Honorable Stephanos Bibas
United States Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106

Re:    *M.P. Moon v. E. I. du Pont de Nemours and Co.*,
       Case No. 1:19-cv-1856-SB (D. Del.)

Dear Judge Bibas:

　　　We represent defendant in the above referenced matter.  In connection with the parties' Stipulation and Proposed Order to Amend Scheduling Order, we write with plaintiff's consent to advise the Court that, since filing the Stipulation, the parties have agreed to renew settlement discussions.  The parties continue to pursue discovery diligently.

Respectfully submitted,

Beth Moskow-Schnoll (#2900)

David S. Fryman

cc:    Counsel of Record