**Ballard Spahr LLP**

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
TEL 302.252.4465
FAX 302.252.4466
www.ballardspahr.com

Beth Moskow-Schnoll
Tel: 302.252.4447
Fax: 302.252.4466
moskowb@ballardspahr.com

June 14, 2022

*By Electronic Filing*

The Honorable Stephanos Bibas
United States Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106

Re:   *M.P. Moon v. E .I. du Pont de Nemours and Co.*,
      Case No. 1:19-cv-1856-SB (D. Del.)

Dear Judge Bibas:

We represent defendant in the above-referenced matter, and write with plaintiff's consent. We are pleased to report that the parties have reached a tentative class settlement. Counsel will proceed to draft settlement papers, including a comprehensive settlement agreement and a motion for preliminary approval of the class action settlement.

Respectfully submitted,

Beth Moskow-Schnoll  (#2900)

David S. Fryman

cc:  Counsel of Record