# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M.P. MOON, individually and as representative of a class of participants and beneficiaries in and on behalf of the DuPont Pension and Retirement Plan,<br><br>Plaintiff,<br><br>vs.<br><br>E.I. du Pont de Nemours and Company,<br><br>Defendant. | C.A. No. 1:19-cv-01856-SB<br><br>Class Action |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

M.P. Moon ("Plaintiff"), on behalf of himself and the Class, hereby moves the Court for an order, pursuant to Fed. R. Civ. P. 23(e), finally approving the class action settlement. In support of this Motion, Plaintiff relies upon the Brief in Support of the Motion, Declaration of Michael McKay in Support of Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and the Declaration of American Legal Claim Services, LLC Regarding Due Diligence in Noticing (each filed contemporaneously herewith), as well as the documents on file with the Court in this action, and further evidence and argument as may be submitted prior to the Court's decision on this Motion.

Pursuant to D. Del. LR 7.1.1, the undersigned Delaware counsel states that he contacted opposing counsel and they confirmed Defendant E.I. du Pont de Nemours and Company does not oppose the relief requested herein.

DATED this 4th day of January, 2023.

By: */s/ P. Bradford deLeeuw*
deLeeuw Law, LLC
P. Bradford deLeeuw (#3569)
1301 Walnut Green Road
Wilmington, Delaware 19807
Telephone: (302) 274-2180
Facsimile: (302) 351-6905
Email: brad@deleeuwlaw.com

McKay Law, LLC
Michael C. McKay (Pro Hac Vice)
5635 N. Scottsdale Road, Suite 170
Scottsdale, Arizona 85250
Telephone: (480) 681-7000
Facsimile: (480) 348-3999
Email: mmckay@mckaylaw.us

*Class Counsel*
